**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **FABIAN DELGADO RUIZ,** <br><br> **Petitioner,** <br><br> **v.** <br><br> **DAVID J. VENTURELLA and WARDEN, KARNES COUNTY IMMIGRATION PROCESSING CENTER,** <br><br> **Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL NO. SA-26-CV-5249-OLG** |

**ORDER**

Before the Court is Petitioner Fabian Delgado Ruiz's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. No. 1), to which Respondents filed a response (Dkt. No. 4). Petitioner is a native of Mexico who was temporarily admitted to the United States on a visa. *See* Dkt. No. 4-1 at 1. However, he remained beyond the authorized period. *Id.* When encountered by immigration authorities in 2026, he was arrested and placed in removal proceedings. *Id.* Petitioner received a bond hearing on August 11, 2026, during which the immigration judge ("IJ") determined that he posed a flight risk. *See* Dkt. No. 4-3. Petitioner initiated this habeas action thereafter challenging the IJ's bond determination. *See* Dkt. No. 1.

As Respondents correctly point out, the Court is precluded from reviewing the IJ's bond determination. *See* Dkt. No. 4. Under 8 U.S.C. § 1226(e), the "Attorney General's discretionary judgment . . . shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole." Therefore, § 1226(e) strips the Court of jurisdiction to review the IJ's factual findings. *E.g.*, *Shcherbinin v. Rice*, No. 25-CV-1496, 2025 WL 3687739, at *2 (W.D. La. Dec. 9, 2025) (collecting cases), *R. & R. adopted*, 2025 WL 3698403 (W.D. La. Dec. 19, 2025);

*Hernandez-Azuaje v. Hyde*, No. 25-CV-13224, 2026 WL 221833, at *1 (D. Mass. Jan. 28, 2026). Because the Court lacks jurisdiction to review the IJ's determination that Petitioner poses a flight risk, the Petition (Dkt. No. 1) is **DISMISSED**.

This case is **CLOSED**.

**IT IS SO ORDERED**.

**SIGNED** on August 27, 2026.

ORLANDO L. GARCIA
United States District Judge